UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARCO A. LOPEZ,

    Plaintiff,

v.                                Case No. 1:12-cv-21649-FAM

WORLD FINANCIAL NETWORK
NATIONAL BANK; and PORTFOLIO
RECOVERY ASSOCIATES, LLC,

    Defendants.
_____/

### NOTICE OF FILING DECLARATION OF SHANNAN R. POWELL

Defendant, Portfolio Recovery Associates, Inc., by and through its undersigned counsel, hereby files the Declaration of Shannan R. Powell.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2012 this Notice was electronically filed with the Clerk of Court using the ECF electronic filing system which electronically notifies the following:

| Samira Ghazal, Esq.<br>1909 SW 27th Avenue<br>Miami, FL 33145<br>samara@samiraghazal.com | Dale Golden, Esq.<br>Golden & Scaz, PLLC<br>201 North Armenia Avenue<br>Tampa, FL 33609<br>dale.golden@goldenscaz.com |
|---|---|

s/ Robert E. Sickles
Robert E. Sickles, P.A.
rsickles@hinshawlaw.com
Florida Bar No. 167444
**HINSHAW & CULBERTSON LLP**
100 South Ashley Drive, Suite 500
Tampa, FL 33602
Telephone:  813-276-1662
Facsimile: 813-276-1956
*Attorney for Defendant Portfolio Recovery Associates, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARCO A. LOPEZ,

    Plaintiff,

v.                                                              Case No. 1:12-cv-21649-FAM

WORLD FINANCIAL NETWORK
NATIONAL BANK; and PORTFOLIO
RECOVERY ASSOCIATES, LLC,

    Defendants.
_____/

### DECLARATION OF SHANNAN R. POWELL

STATE OF VIRGINIA
~~COUNTY~~ City OF Norfolk

1.    I, Shannan R. Powell, am over the age of majority and have personal knowledge of the facts set forth herein based on my position as Litigation Manager at Portfolio Recovery Associates, LLC ("Portfolio").

2.    Upon receiving a copy of Plaintiff's Complaint, Portfolio attempted to place a hold on Plaintiff's account and cease all communications with Plaintiff until the litigation could be dealt with. This practice is consistent with Portfolio's policies and procedures.

3.    An inquiry into Portfolio's records revealed that it had numerous accounts belonging to persons named "Marco Lopez".

4. Because there were multiple accounts for "Marco Lopez" Portfolio sent correspondence to Plaintiff's counsel, Samira Ghazal, requesting additional information to assist it in identifying the account at issue.

5. The information requested was not furnished in response to our request.

6. I sent follow-up correspondence to Ms. Ghazal on June 4, 2012, again requesting information to assist in identifying the account at issue. A copy of my letter is attached hereto as *"Exhibit A."*

7. After finally receiving the requested information from Ms. Ghazal, Portfolio placed a hold on Plaintiff's account.

AFFIANT FURTHER SAYETH NAUGHT.

PORTFOLIO RECOVERY ASSOCIATES, LLC

By: _____
Shannan R. Powell, Litigation Manager

The foregoing Affidavit was sworn to and subscribed before me on this 7th day of November, 2012 by Shannan R. Powell, who is personally known to me or who produced _____ as identification.


[SEAL]

_____
Signature of Notary

# EXHIBIT A

## PORTFOLIO RECOVERY ASSOCIATES
OFFICE OF GENERAL COUNSEL
140 CORPORATE BOULEVARD
NORFOLK, VA 23502
TELEPHONE: (757) 519-9300
FAX: (757) 321-2518

June 4, 2012

Samira Ghazal, Esq.
Law Offices of Samira Ghazal, P.A.
1909 West 27th Avenue
Miami, FL 33145

Re:     Marco A. Lopez

Dear Samira Ghazal:

I write in regards to your communication received in regards to the above-referenced matter. Upon receipt of said communication, our office sent a request to you for additional information in order to identify the account belonging to your client. As of yet we have not received the additional information requested, which we require to identify the account and cease communications on it.

If the account belongs to your client, please provide one of the following: (1) account number; (2) social security number; or (3) telephone number(s) your client alleges we called. If your client alleges PRA is calling him or her on an account that does not belong to your client, please provide the telephone number(s) we are allegedly calling.

Your immediate assistance with this matter is appreciated.

Very truly yours,

*Shannan R. Powell*

Shannan R. Powell
Litigation Manager
(757) 519-9300 ext 13332
srpowell@portfoliorecovery.com

/srp