UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case # 1:12-cv-21649-FAM

**MARCO A. LOPEZ**
    **Plaintiff,**

**v.**

**WORLD FINANCIAL NETWORK**
**NATIONAL BANK**
**and**
**PORTFOLIO RECOVERY**
**ASSOCIATES, LLC.**
    **Defendants,**
_____/

## PLAINTIFF'S MOTION TO EXCLUDE DEFENDANT'S DOCUMENTS AND WITNESS OF SHANNAN R. POWELL

COMES NOW the Plaintiff, MARCO LOPEZ, by counsel, and pursuant to Fed. R. Civ. P. 37(C)(1), he moves the Court to exclude any witnesses or documents not disclosed by Defendant from use by Defendant in this litigation. Specifically, the testimony and exhibits of Shannon R. Powell [DE 26]. In support, states as follow:

1. This complaint was served on May 18, 2012. [DE 1]

2. On September 4, 2012, PORTFOLIO served PLAINTIFF with the attached disclosures pursuant to Rule 26a. [Attached as Exhibit 1]

3. Witness Shannon R. Powell was never disclosed as a witness.

4. As a result, Plaintiff was never provided the opportunity to take her deposition or engage in any type of discovery concerning her testimony.

5. Plaintiff served interrogatories, request to produce, and request for admissions and received answers on or about September 17, 2012.

1

6. Witness Shannon R. Powell was again not disclosed in any of Plaintiff's request.

7. As such, Shannon R. Powell's affidavit and exhibits should be excluded from this litigation.

Dated this 9th day of November of 2012.

Respectfully submitted,
Law Offices of
**SAMIRA GHAZAL, PA.**
Attorney for Plaintiff
1909 SW 27th Avenue
Miami, FL 33145
Tel. 305.860.1221
Fax. 305.860.9161
Email: Samira@SamiraGhazal.com

/s/Samira Ghazal
Samira Ghazal, ESQ.
FBN: 0864617

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of September of 2012, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsels of record.

/s/ Samira Ghazal
Samira Ghazal
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARCO A. LOPEZ,

    Plaintiff,

v.

                    Case No. 1:12-cv-21649-FAM

WORLD FINANCIAL NETWORK
NATIONAL BANK; and PORTFOLIO
RECOVERY ASSOCIATES, LLC,

    Defendants.
_____/

## DEFENDANT'S 26(A) DISCLOSURE STATEMENT

Defendant, Portfolio Recovery Associates, LLC, by and through its undersigned counsel and pursuant to Rule 26(A) of the Federal Rules of Civil Procedure, hereby provides this, its Rule 26(A) Disclosures and states as follows:

26(A)(i): The following individuals are likely to have discoverable information that Portfolio Recovery Associates, LLC may use to support its defenses:

    (1) Plaintiff Marco A. Lopez is likely to have discoverable information regarding all subjects at issue, including, but not limited to, the allegations in the Complaint.

    (2) Records Custodian/Corporate Designee
    Portfolio Recovery Associates, LLC
    120 Corporate Road
    Norfolk, Virginia 23502
    A records custodian or other employee can testify as a corporate designee regarding all actions taken by Portfolio regarding this account, including collection efforts thereon.

26(A)(ii): Portfolio Recovery Associates, LLC has in its possession, custody, or control the following categories of documents, electronically stored information, and tangible things that it may use to support its defenses:

    (1) Communications from Portfolio to Plaintiff;

Exhibit 1

(2) Electronically stored call logs; and

(3) Electronically stored account notes.

26(A)(iii): Portfolio Recovery Associates, LLC is not seeking any damages in connection with this lawsuit.

26(A)(iv): Portfolio Recovery Associates, LLC identifies the following policies of insurance which may be available to satisfy any damages claimed by the Plaintiff herein:

(1) A copy of Portfolio's declarations page is available for inspection and copying at its office in Norfolk, Virginia.

Portfolio reserves the right to amend its disclosures to identify additional materials or witnesses as necessary.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2012, this document was served via e-mail on:

Samira Ghazal, Esq.
1909 SW 27th Avenue
Miami, FL 33145
samara@samiraghazal.com

Dale Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
dale.golden@goldenscaz.com

_____
ROBERT E. SICKLES
Florida Bar No. 0167444
rsickles@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
100 South Ashley Drive, Suite 500
Tampa, FL 33602-5301
Telephone: (813) 276-1662
Facsimile: (813) 276-1956
*Attorneys for Defendant Portfolio*

2


Exhibit 1