UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case # 1:12-cv-21649-FAM

MARCO A. LOPEZ
    Plaintiff,

    v.

WORLD FINANCIAL NETWORK
NATIONAL BANK
and
PORTFOLIO RECOVERY
ASSOCIATES, LLC.
    Defendants,
_____/

PLAINTIFF MARCO LOPEZ'S
REPLY TO DEFENDANT WORLD FINANCIAL'S RESPONSE TO
PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT

COMES NOW, Plaintiff, MARCO A. LOPEZ ("LOPEZ"), by and through its undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure and Local Rule 7.5(c) of the United States District Court for the Southern District of Florida, hereby files this Reply to WORLD FINANCIAL's Response to Plaintiff's Motion for Partial Summary Judgment. [DE 29]. In support therefore, Plaintiff states:

Plaintiff has demonstrated that WORLD FINANCIAL violated the FCCPA. WORLD FINANCIAL seeks to argue that it ceased collecting the account and then sold it to a third party—PORTFOLIO. If anything, it ceased attempting to collect the debt from the "wrong" Plaintiff. It thereafter sought to transfer the account for money and disclosed

1

private account information to said third party.  WORLD FINANCIAL failed to disclose Plaintiff's fraud dispute.  Arguably, WORLD FINANCIAL received better compensation because the account was not disputed.  When they sold the account to PORTFOLIO, they not only "attempted to collect from a third party", they <u>collected</u> on the debt.

WORLD FINANCIAL withdrew its Bona Fide Error Defense.  As such, there is no issue that WORLD FINANCIAL is liable for the damages suffered by the Plaintiff.  Accordingly, the Plaintiff requests this Honorable Court deny  Defendants' motions for Summary Judgment and grant Plaintiff's Partial Motion for Summary Judgment and that the issue of damages be determined by a jury.

WHEREFORE, PLAINTIFF MARCO A. LOPEZ respectfully requests that this Court enter an Order denying Defendant WORLD FINANCIAL'S motion for Summary Judgment and grant Plaintiff's Motion for Partial Summary Judgment on the issue of liability and such other relief as this Court may deem just and proper under the circumstances.

Dated this 14th day of November of 2012.

> Respectfully submitted,
> Law Offices of
> SAMIRA GHAZAL, PA.
> Attorney for Plaintiff
> 1909 SW 27th Avenue
> Miami, FL  33145

2

Tel.  305.860.1221
Fax. 305.860.9161
Email:  Samira@SamiraGhazal.com

/s/Samira Ghazal
Samira Ghazal, ESQ.
FBN: 0864617

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November of 2012, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsels of record.

/s/ Samira Ghazal
Samira Ghazal
*Attorneys for Plaintiff*