UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case # 1:12-cv-21649-FAM

MARCO A. LOPEZ
    Plaintiff,

    v.
WORLD FINANCIAL NETWORK
NATIONAL BANK
and
PORTFOLIO RECOVERY
ASSOCIATES, LLC.
    Defendants,
_____/

## PLAINTIFF MARCO LOPEZ'S
## REPLY TO DEFENDANT PORTFOLIO'S RESPONSE TO
## PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT

COMES NOW, Plaintiff, MARCO A. LOPEZ ("LOPEZ"), by and through its undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure and Local Rule 7.5(c) of the United States District Court for the Southern District of Florida, hereby files this Reply to PORTFOLIO's Response to Plaintiff's Motion for Partial Summary Judgment. [DE 27 & 28]. In support therefore, Plaintiff states:

Plaintiff has moved to strike PORTFOLIO's new witness as she was not produced as a witness on defendant's disclosures. [See DE 30]. Plaintiff was not given the opportunity to depose this witness. None of Defendant's responses to Plaintiff's request for discovery

1

disclosed this witness.  As such, Plaintiff can not defend itself and her testimony should be stricken.

PORTFOLIO alleges that telephone calls were made after the complaint was filed and that Plaintiff should have moved to amend its complaint to allege additional FDCPA violations.  Discovery was provided long after the deadline set in which Plaintiff could amend the complaint.  Plaintiff is still entitled to use this evidence to demonstrate that PORTFOLIO's defense of Bona Fide Error has no merit.  There were no systems in place to cease contact even after the complaint was filed.  Alternatively, the systems in place failed miserably.

The Plaintiff has demonstrated that he has suffered damages as a result of the Defendants' violations. Accordingly, the Plaintiff requests this Honorable Court deny Defendants' motions for Summary Judgment and grant Plaintiff's Partial Motion for Summary Judgment and that the issue of damages be determined by a jury.

WHEREFORE, PLAINTIFF MARCO A. LOPEZ respectfully requests that this Court enter an Order denying Defendant PORTFOLIO'S motion for Summary Judgment and grant Plaintiff's Motion for Partial Summary Judgment on the issue of liability and such other relief as this Court may deem just and proper under the circumstances.

Dated this 14th day of November of 2012.

        Respectfully submitted,
Law Offices of
SAMIRA GHAZAL, PA.
Attorney for Plaintiff
1909 SW 27th Avenue
Miami, FL  33145
Tel.  305.860.1221
Fax. 305.860.9161
Email:  Samira@SamiraGhazal.com

/s/Samira Ghazal
Samira Ghazal, ESQ.
FBN: 0864617

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November of 2012, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsels of record.

/s/Samira Ghazal
Samira Ghazal
*Attorneys for Plaintiff*