UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case # 1:12-cv-21649-FAM

MARCO A. LOPEZ
    Plaintiff,

    v.
WORLD FINANCIAL NETWORK
NATIONAL BANK
and
PORTFOLIO RECOVERY
ASSOCIATES, LLC.
    Defendants,
_____/

## PLAINTIFF MARCO LOPEZ'S REPLY TO DEFENDANT PORTFOLIO'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTIONS TO EXCLUDE WITNESS SHANNAN R. POWELL

COMES NOW, Plaintiff, MARCO A. LOPEZ ("LOPEZ"), by and through its undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure and Local Rules of the United States District Court for the Southern District of Florida, hereby files this Reply to PORTFOLIO's Memorandum of Law in opposition to Plaintiff's Motion to Exclude Defendants Documents and/or Witness Shannan R. Powell. [DE 31]. In support therefore, Plaintiff states:

Defendant argues that it has presented this new witness to rebut Plaintiff's argument raised for the first time in Plaintiff's Motion for Partial Summary Judgment. PORTFOLIO knew at all times that

1

telephone calls were made after the Plaintiff was served. PORTFOLIO provided Plaintiff with the discovery and telephone log. It appears that PORTFOLIO is representing that it did not realize that PORTFOLIO was served on May 18, 2012 and that their phone log demonstrated that phone calls were made after that date. If so, they didn't review their <u>own</u> discovery.

PORTFOLIO also argues that Plaintiff should have moved to amend its complaint to allege new violations. For the court's information, Plaintiff was not able to amend the complaint because the deadline had passed. But, Plaintiff is still allowed to use this evidence to demonstrate that their Bona Fide Error Defense has no merit.

PORTFOLIO's also seeks to argue that her testimony was not "likely" to be necessary to defend against Plaintiff's suit. Yet, they seek to use her testimony in support of their Bona Fide Error Defense. The contrary is true. The Bona Fide Error Defense is their primary defense and it has a potential to fatally affect Plaintiff's suit. During discovery, Plaintiff specifically requested any and all documents and witnesses which support their Bona Fide Error Defense. PORTFOLIO had the duty to disclose any and all potential witnesses and documents. It did not produce these documents and new witness.

Finally, PORTFOLIO argues that Plaintiff failed to confer with PORTFOLIO before filing its Motion to Exclude this witness. The intent of the rule is to resolve issues, especially discovery issues. In this

case, there is only one remedy [which obviously PORTFOLIO disagrees with] and that is to exclude this witness.  For the courts information, when PORTFOLIO filed this declaration and additional evidence, PORTFOLIO also failed to confer with counsel.  This new evidence was presented without amending PORTFOLIO'S disclosures, updating discovery responses, or discussing this issue with Plaintiff's counsel.

It is Plaintiff's position that PORTFOLIO has produced this witness at the last minute because they did not review their own documents, not because Plaintiff raised a new claim or violation.  Again, Plaintiff has the right to use this evidence to demonstrate that PORTFOLIO's Bona Fide Error Defense has no merit.

WHEREFORE, PLAINTIFF MARCO A. LOPEZ respectfully requests that this Court enter an Order granting Plaintiff's Motion to Exclude Shannan R. Powell's as a witness in this case and request any other relief as this Court may deem just and proper under the circumstances.

Dated this 15th day of November of 2012.

    Respectfully submitted,
    Law Offices of
    SAMIRA GHAZAL, PA.
    Attorney for Plaintiff
    1909 SW 27th Avenue
    Miami, FL  33145
    Tel.  305.860.1221
    Fax. 305.860.9161

                                  Email:  Samira@SamiraGhazal.com

                                  /s/Samira Ghazal
                                  Samira Ghazal, ESQ.
                                  FBN: 0864617

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of November of 2012, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsels of record.

                                  */s/ Samira Ghazal*
                                  Samira Ghazal
                                  *Attorneys for Plaintiff*